■ GERALD GOLDFLAM et al., Appellants, v EVELYN ORNS et al., Respondents. — In an action to recover damages, *inter alia,* for malicious prosecution, the plaintiffs appeal from a judgment of the Supreme Court, Nassau County (Burstein, J.), entered January 11, 1980, which dismissed the complaint for failure to state a cause of action. Judgment affirmed, with $50 costs and disbursements. The complaint fails to state a cause of action (see *Belsky v Lowenthal,* 62 AD2d 319, affd 47 NY2d 820). Hopkins, J. P., Rabin, Cohalan and O'Connor, JJ., concur.